UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21643-CIV-ALTONAGA/TURNOFF

CORBIS CORPORATION,

    Plaintiff,

vs.

IGOR LOGNIKOV; ARTVERTEX, INC.;
ARTVERTEX, LLC; ARTVERTEX
CONSULTING; ULTRAVERTEX LLC;
ULTRAVERTEX.COM, INC.;
ULTRAVERTEX, INC.;
TEMPLATEMONSTER.COM; TEMPLATE
TUNING; TEMPLATE-HELP.COM;
TEMPLATE-DELIVERY.COM;
MYTEMPLATESTORAGE.COM;
INVERSE-LOGIC; SITE2YOU.COM;
CALLAWAY ALLIANCE, INC.; COLMAN
ALLIANCE LLC; WEB DESIGN LIBRARY;
and DOES 1-50,

    Defendants.
_____/

## ORDER ON STIPULATION OF THE PARTIES

The Court has before it the stipulation of plaintiff Corbis Corporation and defendants Igor Lognikov, Artvertex, Inc., and Web Design Library (the "Lognikov Defendants") and defendants TemplateMonster.com, Template Tuning, Template-Help.com, Template-Delivery.com, MyTemplateStorage.com, Site2You.com, and Callaway Alliance, Inc. (the "Template Defendants"). Based on the stipulation, the Court hereby ORDERS, DECREES, and ADJUDGES as follows:

    1.    The Order on Corbis Corporations' Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction; For Impoundment; For Inspection of the Premises; For a Freeze and Repatriation of Assets; And for Retention of

CASE NO. 06-21643-Civ-Altonaga/Turnoff

Records, entered by this Court on June 29, 2006 (the "Temporary Restraining Order"), and the Order Granting Corbis Corporation's Application for a Preliminary Injunction; For Impoundment; For Inspection of the Premises; For a Freeze and Repatriation of Assets; and for Retention of Records, entered by this Court on July 6, 2006 (the "Preliminary Injunction"), are hereby forthwith dissolved and vacated against only the Lognikov Defendants and Template Defendants. All provisions of the Temporary Restraining Order and Preliminary Injunction shall remain fully intact against all other defendants in this Action.

2.    This Order shall not affect or in any way prejudice the impact of the Temporary Restraining Order or Preliminary Injunction entered in the Action against any defendant named in this Action or other person other than the Lognikov Defendants or Template Defendants, and shall not affect or prejudice Corbis's rights to proceed against the defendants Artvertex, LLC, Artvertex Consulting, Ultravertex LLC, Ultravertex.com, Inc., Ultravertex, Inc., Inverse-Logic, and Colman Alliance LLC (individually or collectively, the "Defaulting Defendants"), in any way, including but not limited to obtaining a default judgment against the Defaulting Defendants.

3.    All claims against the Lognikov Defendants and the Template Defendants are dismissed with prejudice.

4.    All counterclaims against Corbis are dismissed with prejudice.

Dated Oct. 3, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Lori Sochin, Esq.
Ronnie Fernandez, Esq.
Claude M. Stern, Esq.
Richard S. Ross, Esq.

51103 1966369.1                                2

CASE NO. 06-21643-Civ-Altonaga/Turnoff

## STIPULATION

Plaintiff Corbis Corporation and defendants Igor Lognikov, Artvertex, Inc., Web Design Library, TemplateMonster.com, Template Tuning, Template-Help.com, Template-Delivery.com, MyTemplateStorage.com, Site2You.com, and Callaway Alliance, Inc., by and through their counsel of record, hereby stipulate to entry of the aforesaid [Proposed] Order on Stipulation of the Parties.

DATED this 2nd day of ~~September~~ October, 2006.

Lori Sochin, Esq.
Florida Bar No. 013048
Ronnie Fernandez, Esq.
Florida Bar No. 336520
GREENBERG TRAURIG, P.A.
Attorneys for Plaintiff Corbis Corporation
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
E-mail: sochinl@gtlaw.com
E-mail: fernandr@gtlaw.com

By _____
RONNIE FERNANDEZ

-and-

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Claude M. Stern (Bar No. 96737)
E-mail: claudestern@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Respectfully submitted,

DATED this _____ day of September, 2006.

Richard S. Ross, Esq.
Florida Bar No. 436630
Attorney for Igor Lognikov;
Web Design Library, Artvertex, Inc.,
Templatemonster.com, Template Tuning,
Template-Help.com; Template-Delivery.com;
MyTemplateStorage.com; Site2You.com;
Callaway Alliance, Inc.
4801 S. University Drive
Atrium Centre, Suite 237
Ft. Lauderdale, FL 33328
Telephone: (954) 252-9110
Facsimile: (954) 252-9192
E-mail: prodp@ix.netcom.com

By  *See attached*
RICHARD S. ROSS

CASE NO. 06-21643-Civ-Altonaga/Turnoff

## STIPULATION

Plaintiff Corbis Corporation and defendants Igor Lognikov, Artvertex, Inc., Web Design Library, TemplateMonster.com, Template Tuning, Template-Help.com, Template-Delivery.com, MyTemplateStorage.com, Site2You.com, and Callaway Alliance, Inc., by and through their counsel of record, hereby stipulate to entry of the aforesaid [Proposed] Order on Stipulation of the Parties.

Respectfully submitted,

DATED this _____ day of September, 2006.         DATED this _1_ day of ~~September~~ OCTOBER, 2006.

Lori Sochin, Esq.                                          Richard S. Ross, Esq.
Florida Bar No. 013048                                     Florida Bar No. 436630
Ronnie Fernandez, Esq.                                     Attorney for Igor Lognikov;
Florida Bar No. 336520                                     Web Design Library, Artvertex, Inc.,
GREENBERG TRAURIG, P.A.                                    Templatemonster.com, Template Tuning,
Attorneys for Plaintiff Corbis Corporation                 Template-Help.com; Template-Delivery.com;
1221 Brickell Avenue                                       MyTemplateStorage.com; Site2You.com;
Miami, Florida 33131                                       Callaway Alliance, Inc.
Telephone: (305) 579-0500                                  4801 S. University Drive
Facsimile: (305) 579-0717                                  Atrium Centre, Suite 237
E-mail: sochinl@gtlaw.com                                  Ft. Lauderdale, FL 33328
E-mail: fernandr@gtlaw.com                                 Telephone: (954) 252-9110
                                                           Facsimile: (954) 252-9192
                                                           E-mail: prodp@ix.netcom.com

By_____                                 By_____
     RONNIE FERNANDEZ                                           RICHARD S. ROSS

-and-

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Claude M. Stern (Bar No. 96737)
E-mail: claudestern@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

51103/1966369.1                           3