UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  06-21643-CIV-ALTONAGA/Turnoff

CORBIS CORPORATION,

        Plaintiff,

vs.

IGOR LOGNIKOV; ARTVERTEX, INC.;
ARTVERTEX, LLC; ARTVERTEX
CONSULTING; ULTRAVERTEX LLC;
ULTRAVERTEX.COM, INC.;
ULTRAVERTEX, INC.;
TEMPLATEMONSTER.COM;
TEMPLATE TUNING; TEMPLATE-
HELP.COM; TEMPLATE-
DELIVERY.COM;
MYTEMPLATESTORAGE.COM;
INVERSE-LOGIC; SITE2YOU.COM;
CALLAWAY ALLIANCE, INC.;
COLEMAN ALLIANCE LLC; WEB
DESIGN LIBRARY; and DOES 1-50,

        Defendants.

_____/

DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court on the Order Granting Motion for Default Final

Judgment.  Pursuant to Federal Rule of Civil Procedure 58, it is

ORDERED AND ADJUDGED as follows:

1.     Judgment is entered in favor of Plaintiff, Corbis Corporation, and against the

following Defendants: Artvertex, LLC; Artvertex Consulting; Ultravertex LLC;

Ultravertex.com, Inc.; Ultravertex, Inc.; Inverse-Logic; and Colman Alliance LLC

(the "Defaulting Defendants").

Case No. 06-21643-CIV-ALTONAGA/Turnoff

2.      The Defaulting Defendants, jointly and severally, are ordered to pay statutory damages to Plaintiff in the amount of $20,247,500, for which sum let execution issue.

3.      The Defaulting Defendants, jointly and severally, are ordered to pay costs and attorneys' fees to Plaintiff in the amount of $118,145.33, for which sum let execution issue.

4.      The Defaulting Defendants, and their collective or individual directors, affiliates, officers, agents, servants, employees, and all other persons in active concert, privity, or participation with them are permanently enjoined and restrained from directly or indirectly infringing the 623 images that are the subject of Plaintiff's Complaint.

5.      The Defaulting Defendants, and their collective or individual directors, affiliates, officers, agents, servants, employees, and all other persons in active concert, privity, or participation with them, are ordered to destroy all copies, electronic or physical, of the 623 images that are the subject of Plaintiff's Complaint, that are in any of the Defaulting Defendants' possession.

6.      Postjudgment interest shall accrue on this Judgment pursuant to 28 U.S.C. § 1961, and the Judgment shall be enforceable in accordance with 28 U.S.C. § 2001 *et seq.*, 28 U.S.C.§§ 3001-3307 and Federal Rule of Civil Procedure 69(a).

**DONE AND ORDERED** in Chambers at Miami, Florida this 26th day of October, 2006.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

2

Case No. 06-21643-CIV-ALTONAGA/Turnoff

Copies provided to:
(1)      Magistrate Judge William C. Turnoff
(2)      All counsel of record
(3)      All parties not represented by counsel